Printed: 01/14/10 12:42 PM

# Claims Distribution Small Checks

Page: 1

**Case:** 07-50781 - GALBRAITH, STEVEN GRANT

**Trustee: ROBERT R. KANUIT (430160)**

Account No: 4221830606

| Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| 112 | 01/14/10 | | | | Payee: U.S. Bankruptcy Court | | | Check Amount: | $7.99 |
| | | 1 | 02/11/09 | 610 | RICHARD H. MOEN, DDS | 413.60 | 413.60 | 4.35 | 4.35 |
| | | 5 | 02/18/09 | 610 | SAWTOOTH MOUNTAIN CLINIC, INC. | 161.00 | 161.00 | 1.69 | 1.69 |
| | | 7 | 02/19/09 | 610 | MIDWEST PLASTIC SURGERY | 184.89 | 184.89 | 1.95 | 1.95 |

(*) Denotes objection to Amount Filed

*[signature]* 1/14/10



RECEIVED
2010 JAN 19 AM 9:30
U.S. BANKRUPTCY COURT
DULUTH, MN